**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7445**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARLTON BASHFORD, a/k/a Anthony Brown, a/k/a
Carl Bashford, a/k/a Carlton Wallace, a/k/a
Tony Smith,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CR-91-332-A)

---

Submitted: February 14, 2002      Decided: February 22, 2002

---

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

---

Affirmed in part and dismissed in part by unpublished per curiam
opinion.

---

Carlton Bashford, Appellant Pro Se. Patricia Marie Haynes, OFFICE
OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carlton Bashford appeals the district court's order denying his motion to modify his sentence and his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court insofar as it denied the motion to modify the sentence. With regard to the court's denial of Bashford's § 2255 motion, we deny a certificate of appealability and dismiss the appeal. See United States v. Bashford, No. CR-91-332-A (E.D. Va. Aug. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART

2